# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

KATHY HERRON,
    Plaintiff,

Case No. 2:09-CV-12782-PJD-VMM
Hon. Patrick J. Duggan

v.

WILSHIRE CREDIT CORPORATION,
    Defendant.
_____/

| ADAM G. TAUB & ASSOCIATES CONSUMER LAW GROUP PLC | HERTZ SCHRAM PC |
|---|---|
| Adam G. Taub (P48703) | Ari M. Charlip (P57285) |
| 18930 W. Ten Mile Road, Suite 2500 | Amy Sabbota Gottlieb (P67020) |
| Southfield, MI  48075 | Attorneys for Defendant Wilshire Credit Corporation |
| Phone:  (248) 746-3790 | 1760 South Telegraph, Suite 300 |
| Email:  adamgtaub@clgplc.net | Bloomfield Hills, MI  48302 |
| | Phone:  (248) 335-5000 |
| | Email:  acharlip@hertzschram.com |
| |         agottlieb@hertzschram.com |

_____/

## STIPULATED ORDER OF DISMISSAL

This matter having come before this Court upon Plaintiff's Motion to Enforce Settlement and upon the stipulation of the parties, through their respective attorneys; and

The Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1.    The case and all claims are dismissed with prejudice and without costs and fees as to all parties.

2.    The Clerk of the United States District Court, Financial Division, shall release and disburse all funds, including all interest, held in escrow by the Court pursuant to the Court's Order Granting Motion for Deposit of Funds dated December 2, 2009, to BAC Home Loan Services, LP, 14523 SW Millikan Way, Beaverton, OR  97005.

3.    The Clerk of the United States District Court, Financial Division, shall indicate

Loan Number 2723966 and Case No.2:09-cv-12782-PJD-VMM on the draft payable to BAC Home Loan Services, LP.

**THIS IS A FINAL ORDER AND CLOSES THIS CASE.**

**IT IS SO ORDERED.**

        **s/Patrick J. Duggan**
        **Patrick J. Duggan**
        **United States District Judge**

**Dated: July 27, 2010**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on July 27, 2010,by electronic and/or ordinary mail.**

        **s/Marilyn Orem**
        **Case Manager**

Agreed to in form and content and Notice of Entry waived:

Dated: July 22, 2010

    s/with consent of Adam Taub

    Adam Taub Associates Consumer Law Group PLC
    Attorneys for Plaintiff
    18930 W. Ten Mile Road, Suite 2500
    Southfield, MI  48075
    (248) 746-3790
    adamgtaub@clgplc.net
    P48703

Dated: July 22, 2010

    s/Amy Sabbota Gottlieb

    Hertz Schram PC
    Attorneys for Defendant
    1760 South Telegraph, Suite 300
    Bloomfield Hills, MI  48302
    (248) 335-5000
    agottlieb@hertzschram.com
    P67020

T:\R&C\Clients\2056\2056-020\Pleadings\Stipulated Order of Dismissal-DSL-7-14-01.doc